FILED

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0355

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0355

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MISTY JADE MITCHELL,

      Defendant and Appellant.

### ORDER

Upon consideration of Appellant's counsel's motion to withdraw as counsel of record pursuant to Mont. Code Ann. § 46-8-103(2) and *Anders v. California,* 386 U.S. 738 (1967), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Appellant at her last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2021